

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-26-00046-CV

**IN RE** Valerie Jane **BONNET**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:    Irene Rios, Justice
            Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: January 28, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator filed their petition for writ of mandamus along with an emergency motion for temporary relief on January 15, 2026, requesting the court order the trial court to grant Relator's Motion to Designate Responsible Third Party and stay the proceedings set for January 20, 2026, until this court considers the petition. Having considered the petition, the motion, and the accompanying record, this court concludes Relator did not show she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI01172, styled *Andres Arana et al. v. City of San Antonio et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.